Submitted May 21, affirmed June 9, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOSHUA T. LORENZ,
*Defendant-Appellant.*

Lake County Circuit Court
17CR65749; A172544

487 P3d 880

David M. Vandenberg, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section and Sara F. Werboff, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Robert M. Wilsey, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Aoyagi, Judge.

PER CURIAM

Affirmed. *State v. Merrill*, 311 Or App 487, 492 P3d 722 (2021); *State v. Jones*, 311 Or App 685, 492 P3d 116 (2021).